UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-236-D-1

| UNITED STATES OF AMERICA | ORDER GRANTING |
| v. | MOTION TO SEAL |
| RON CHRISTOPHER WHITLEY | |

On motion of Defendant, Ron Christopher Whitley, and for good cause, it is hereby ORDERED that DE 126 be sealed until further notice of this Court.

This the 25 day of October 2015.

JAMES C. DEVER III
Chief U.S. District Court Judge