UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-236-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | |
| RON CHRISTOPHER WHITLEY | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 128 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Sealed Response, Motion to Seal, and signed Order to Seal to the United States Attorney's Office.

IT IS SO ORDERED, this the **25** day of **October**, 2015.

JAMES C. DEVER III
Chief United States District Judge